1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  EVAN M. MATEER (CABN 326848)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7181
7       FAX: (415) 436-7234
        Evan.Mateer@usdoj.gov
8
   Attorneys for United States of America
9
                          UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                               SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,           )  CASE NO. 3:21-CR-407-JD
                                        )
14        Plaintiff,                    )  STIPULATION AND [PROPOSED]
                                        )  ORDER TO CONTINUE STATUS
15     v.                               )  CONFERENCE AND EXCLUDE TIME
                                        )  UNDER THE SPEEDY TRIAL ACT
16  GREGORY BELL,                       )
                                        )
17        Defendant.                    )
                                        )
18

19      On September 27, 2021 Mr. Bell made an initial appearance on a one count complaint alleging a

20  violation of 18 U.S.C. § 922(g)(1). On October 21, 2021, Mr. Bell was indicted on the same charge.

21  The parties held a status conference before this Court on November 15, 2021, and are scheduled for a

22  further status conference on February 14, 2022. The government continues to review and produce

23  discovery in this matter, including discovery related to materials seized from Mr. Bell when he was

24  arrested on the original complaint. The parties also continue to engage in discussions about a potential

25  resolution of these matters. The parties require additional time for the production and review of all

26  discovery, and to complete discussions regarding a potential resolution.

27      The parties to the above-captioned matter therefore hereby stipulate and respectfully request that

28

STIPULATION TO CONTINUE STATUS CONFERENCE EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT    1
3:21-CR-407-JD

the status conference now scheduled for February 14, 2022 be continued to April 11, 2022, or another time convenient for the Court.  The parties further stipulate and respectfully request that the time between February 14, 2022 and April 11, 2022 should be excluded to provide reasonable time necessary for the effective preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties agree that the ends of justice are served by granting the continuance and outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**                                STEPHANIE M. HINDS
                                                        United States Attorney


Dated: February 10, 2022                                _____/s/_____
                                                        EVAN M. MATEER
                                                        Special Assistant United States Attorney


Dated: February 10, 2022                                _____/s/_____
                                                        JAMES BUSTAMANTE
                                                        Counsel for GREGORY BELL


## [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby continues the February 14, 2022 status conference to April 11, 2022.  The Court further FINDS that for adequate preparation of the case by all parties and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) an exclusion of time is warranted.  Based on these findings, IT IS HEREBY ORDERED THAT time is excluded between February 14, 2022 and April 11, 2022.

**IT IS SO ORDERED.**

Dated: February 11, 2022                                _____
                                                        HON. JAMES DONATO
                                                        United States District Judge